UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARPO PRODUCTIONS, INC.,<br><br>Petitioner,<br><br>v.<br><br>FISH & RICHARDSON, P.C.,<br><br>Respondent. | Misc. No. **10-mc-10161**<br><br>(Relates to N.D. Ill.<br>Civ. Action No. 08 C 7322)<br><br>REQUEST FOR ORAL ARGUMENT |

## PETITIONER'S MOTION TO COMPEL
## PRODUCTION OF DOCUMENTS AND DEPOSITION OF FISH & RICHARDSON P.C.

Pursuant to Federal Rules of Civil Procedure 26, 37(a)(3)(B) and 45(c)(2)(B), Petitioner

Harpo Productions, Inc. ("Harpo") hereby moves this Court for an Order enforcing Respondent

Fish & Richardson P.C. ("Fish") to comply with the subpoena issued from this Court on April

23, 2010. Harpo seeks targeted discovery from Fish that is highly relevant to claims and

defenses at issue in its patent infringement lawsuit with Plaintiff Illinois Computer Research,

LLC ("ICR") scheduled for trial in July in the United States District Court for the Northern

District of Illinois. Fish's objections to the subpoena are meritless. The discovery Harpo seeks

is narrowly-tailored to information that is highly relevant to a critical defense that Harpo has

asserted in its patent litigation with ICR, and it is well-within the scope of discovery

contemplated under Rule 26 of the Federal Rules of Civil Procedure. For these reasons and for

all the reasons set forth in Harpo's accompanying Memorandum in Support of its Motion to

Compel, the Court should grant Harpo's Motion to Compel and order Fish to comply with the

subpoena.  A proposed Order is attached hereto.


Dated: May 5, 2010                          Respectfully submitted,

                                            **HARPO PRODUCTIONS, INC.**

                                            /s/ Steven J. Comen
                                            Steven J. Comen (BBO No. 093320)
                                            Michael Strapp (BBO No. 653884)
                                            GOODWIN PROCTER LLP
                                            Exchange Place
                                            Boston, MA  02109
                                            (617) 570-1000
                                            (617) 523-1231 (fax)
                                            scomen@goodwinprocter.com
                                            mstrapp@goodwinprocter.com


                                            Charles L. Babcock
                                            Michael Locklar
                                            JACKSON WALKER L.L.P.
                                            1401 McKinney, Ste. 1900
                                            Houston, TX  77010
                                            (713) 752-4200

## CERTIFICATION PURSUANT TO LOCAL RULES 7.1(a)(2) AND 37.1

As set forth more fully in the Memorandum in Support of Petitioner's Motion to Compel and the Declaration of Steven J. Comen separately submitted herein, I certify that I conferred with counsel for the Respondent in a good faith attempt to obtain the discovery sought in this motion on May 5, 2010 to avoid court action, but the parties were unable to come to a resolution on the issues contained herein.

/s/Steven J. Comen

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by Federal Express to those indicated as non-registered participants and as set forth on the attached list on May 5, 2010.

/s/ Steven J. Comen

## SERVICE LIST

Raymond P. Niro
Paul K. Vickrey
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, Illinois  60602
312-236-0733
312-236-3137 (fax)

Timothy A. French
Fish & Richardson
225 Franklin Street
Boston, Massachusetts  02110
617-521-7015
617-542-8906 (fax)

John W. Thornburgh
Fish & Richardson
12390 El Camino Real
San Diego, CA 92130
858-678-4312
858-678-5099 (fax)