UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARPO PRODUCTIONS, INC.<br>    Petitioner<br><br>v.<br><br>FISH & RICHARDSON P.C.<br>    Respondent | Case No. 1:10-mc-10161-RGS<br><br>(Relates to<br>N.D. Ill. Civil Action No. 08-C-7322) |

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO MOTION TO COMPEL**

Petitioner Harpo Productions, Inc. ("Harpo") and Respondent Fish & Richardson P.C. ("F&R") stipulate that the deadline to respond to Harpo's motion to compel (D.I. 1) shall be extended to May 24, 2010. On May 18, 2010, the District Court for the Northern District of Illinois issued a ruling in an action related to the instant case. The parties are currently reviewing the Illinois ruling, and reserve all rights with respect to the instant case.

Dated: May 18, 2010

| | |
|---|---|
| /s/ Steven J. Comen | /s/ Adam J. Kessel |
| Steven J. Comen (BBO # 093320) | Kurt L. Glitzenstein (BBO # 565312) |
| Michael Strapp (BBO # 653884) | Adam J. Kessel (BBO # 661211) |
| GOODWIN PROCTER LLP | FISH & RICHARDSON P.C. |
| Exchange Place | 225 Franklin Street |
| Boston, MA 021 09 | Boston, MA 02110-2804 |
| (617) 570-1000 | (617) 542-5070 Telephone |
| (617) 523-1231 (fax) | (617) 542-8906 Facsimile |
| scomen@goodwinprocter.com | |
| mstrapp@goodwinprocter.com | Of Counsel |
| | |
| Attorneys for HARPO PRODUCTIONS, INC. | John Thornbourgh ( BBO # 154627) |
| | FISH & RICHARDSON P.C. |
| | 12390 El Camino Real |
| | San Diego, CA 92130-2081 |
| | (858) 678-5070 Telephone |
| | (858) 678-5099 Facsimile |

**CERTIFICATE OF SERVICE**

I certify that this stipulation, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 18th day of May, 2010.

/s/ Adam J. Kessel
Adam J. Kessel